### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FRANCISCO ROMAN VIELMAN,** | **Civil Action No.  25-18118 (RK)** |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **KRISTI NOEM, et al.,** | |
| **Respondents.** | |

This matter comes before the Court on Petitioner Francisco Roman Vielman's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), asserting that he is unlawfully detained by immigration authorities under 8 U.S.C. § 1225(b)(2) and seeking an individualized bond hearing under 8 U.S.C. § 1226(a).

Respondents filed a letter response on December 19, 2025, stipulating to the relevant facts alleged in the Petition[1] and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025) (*see* ECF No. 4), which was rejected by this Court in *Mejia v. Cabezas*, No. 25-CV-17094, 2025 WL 3294405, at *2 (D.N.J. Nov. 14, 2025); *see also Rivera Zumba v. Bondi*, Civ. No. 25-CV-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025).

Therefore, for the same reasons stated in *Mejia*, the Court **GRANTS** the Petition and directs Respondents to provide Petitioner with a bond hearing within seven days.

**IT IS** on this 23rd day of December 2025,

---

[1] Respondents stipulate that Petitioner is a native of Guatemala and entered the United States in 2004 without inspection.  (ECF No. 4, Letter Response at 1 (citing ECF No. 1, Pet. ¶ 42).)  On November 28, 2025, Petitioner was arrested and placed into detention by U.S. Customs and Immigration Enforcement to face removal proceedings.  (*Id.* (citing Pet. ¶¶ 43-44).)

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) by December 30, 2025**; and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome of that bond hearing; upon receiving that update, Court will close this matter.

_____
ROBERT KIRSCH
United States District Judge